IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| B.P.S., LLC, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | Case No.: 5:19-CV-06154-FJG |
| v. | ) ) | |
| COVINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | **)** ) | **JURY TRIAL DEMANDED** |

## NOTICE OF DEPOSITION

TO: All Counsel of Record

DATE & HOUR: June 3, 2020 beginning at 9:00 a.m.

WITNESS TO BE DEPOSED: Mike Falbe
Expert

PLACE: ROUSE FRETS WHITE GOSS
GENTILE RHODES, P.C.
5250 West 116th Place, Suite 400
Leawood, Kansas 66211

COURT REPORTER: Alaris

**PLEASE TAKE NOTICE** that on the above date, at the time and place specified, we shall cause the deposition of **Mike Falbe** to be taken upon oral examination, pursuant to Rule 57.03 of the Missouri Rules of Civil Procedure, before a certified court reporter and a suitable Notary Public. Any party and their attorney may appear and participate as they see fit.

The witness is directed to bring with him all documents and items listed in the attached **Exhibit A**.

1

Respectfully submitted,

**KNIGHT NICASTRO MACKAY, LLC**

*/s/Jonathan Morrow*
Jonathan B. Morrow, #58661
jmorrow@knightnicastro.com
4240 Duncan Avenue
St. Louis, Missouri 63110
(314) 649-5234 Telephone
(816) 396-6233 Facsimile
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via email this 19th day of May, 2020, on the counsel of record listed below.

R. Todd Ehlert
Rouse Frets White Goss Gentile
Rhodes, P.C.
700 S. Riverside Road, Ste. 200
St. Joseph, MO 64507
816-609-8751 - Phone
913-928-6739 – Fax
tehlert@rousepc.com
***Attorney for Plaintiff***

/s/*Jonathan B. Morrow*_____

## EXHIBIT A

The witness is requested to produce the following at the deposition:

1. The most current curriculum vitae;

2. All correspondence and communication with anyone in the office of counsel for Plaintiffs in this case regarding this case; this includes <u>email</u> correspondence;

3. All documents which you (or those acting on your behalf or under your supervision) have prepared or generated in connection with your review of this case, including without limitation all correspondence, reports, summaries, drawings, test results, and notes;

4. All documents which reflect any of the opinions or the basis for the opinions which you have formed or which you expect to render in connection with your review of this case;

5. All correspondence, reports, summaries, notes and other documents which you have made in connection with the formulation of your opinions or during your preparation for deposition or trial testimony;

6. All time sheets and billing statements which you have prepared in connection with your engagement in this case;

7. All documents (including without limitation all correspondence, memoranda, notes, analyses, reports, publications, photographs, drawings, videotapes and summaries) which you have received, prepared, signed, reviewed, interpreted or relied upon in connection with your engagement in this case or with the formulation of any opinion to which you expect to testify;

8. All tangible physical items which you received, prepared, reviewed, interpreted, or relied upon in connection with your engagement in this case or in forming any opinions in which you expect to testify;

9. All statements, affidavits, depositions, deposition summaries or other descriptions of any witness testimony or recollections in this case which you have reviewed;

10. All publications and technical papers which specifically pertain or relate to the topics and opinions to which you expect to testify;

11. All publications, texts, reports, books, treatises, technical papers, and/or other authorities of any nature upon which you specifically rely in forming any of the opinions to which you expect to testify;

12. All other documents contained in your file for the above-styled case not previously mentioned;

13. A list of cases in which you have testified, either at trial or in deposition.